## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR319** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **DAVID MOSS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to file a motion to extend his self surrender date under seal (Filing No. 54).

IT IS ORDERED:

1. The Defendant's motion to file a motion to extend his self surrender date under seal (Filing No. 54) is granted; and

2. The Defendant's motion to extend his self surrender date shall be filed under seal.

DATED this 27th day of June, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge